# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN HEBBRING, <br><br> Plaintiff, <br> v. <br><br> GALDAMEZ TRUCKING, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00171-MMD-CLB <br><br> ORDER |

This case comes before the Court through Defendants Galdamez Trucking and Edwin Galdamez's petition for removal. (ECF No. 1.) The Court previously directed Defendants to show cause as to why this action should not be remanded for lack of subject matter jurisdiction because it was unclear the amount in controversy requirement was satisfied (the "OSC"). (ECF No. 4.) Defendants responded to the OSC with, in pertinent part, a declaration from Defendants' counsel stating that Plaintiff's last settlement demand was $900,000. (ECF No. 11 at 2.) The Court finds Defendants' response to the OSC sufficient.

DATED THIS 6th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE