**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN HEBBRING,

                Plaintiffs,

v.

GALDAMEZ TRUCKING, et al.,

                Defendants.

3:20-cv-0171-MMD-CLB

**ORDER**

Sean P. Rose, Esq. of the Rose Law Office and Thomas R. Brennan, Esq. of Durney & Brennan filed a motion to withdraw as counsel for plaintiff, John Hebbring (ECF No. 28/30). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . shall constitute a consent to the granting of the motion. Therefore,

IT IS ORDERED that the motion to withdraw as counsel (ECF No. 28/30) is **GRANTED**. A copy of this order and all documents hereafter filed shall be served on plaintiff via regular mail at the following address:

        John Hebbring
        17353 Lahontan Dam Rd.
        Fallon, NV  89406

**DATED:** January 28, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**